**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:25-cr-134-REW-MAS**

 **UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**           **ORDER GRANTING MOTION OF UNITED STATES**
             **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**BRIAN PHILLIP EPPERSON**                                **DEFENDANT**

\* \* \* \* \*

On October 16, 2025, a Federal Grand Jury indicted the defendant, **BRIAN PHILLIP EPPERSON**, for two counts of distribution of methamphetamine resulting in death. **EPPERSON** is now confined at the Clark County Detention Center in Winchester, Kentucky, awaiting trial for a violation of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **EPPERSON** to the United States Marshal Service so that **EPPERSON** may be brought before this Court for arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **BRIAN PHILLIP EPPERSON**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **EPPERSON** in custody before the United States

District Court at Lexington, Kentucky, on **November 24, 2025 at 10:00 a.m.,** for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **EPPERSON** in custody until he is no longer needed, at which time the Marshal shall RETURN **EPPERSON** to the custody of the jailer.

On this 28th day of October, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies:     United States Marshal (3 certified copies)
United States Probation
G. Todd Bradbury, Assistant United States Attorney