**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**ACTION NO: 25-CR-134**                    **ELECTRONICALLY FILED**

**UNITED STATES**                                              **PLAINTIFF**

**VS.**

**BRIAN EPPERSON**                                         **DEFENDANT**

**ORDER GRANTING**

**\*\*\*\*\*\*\*\*\*\***

On Motion by the parties to Continue the Trial in the above-style matter, and the Court having been otherwise sufficiently advised: **IT IS HEREBY ORDERED AS FOLLOWS**:

Said Motion is GRANTED, and the Trial presently set to begin May 6, 2026 is hereby cancelled.   This matter shall now come for trial on the _____, day of _____ 2026 at the hour of _____m.

So ORDERED this the ___day of _____, 2026.

_____
JUDGE, U.S. DISTRICT COURT

PREPARED BY:

BALDANI LAW GROUP
300 West Short Street
Lexington, KY   40507
rachel@baldanilaw.com
(859) 259-0727

BY:/S/ RACHEL D. YAVELAK